UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA BRITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08CV98 DJS |
| | ) | |
| INTERSTATE BRANDS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's amended complaint. Because plaintiff is proceeding in forma pauperis, the Court is obligated to review her pleadings pursuant to 28 U.S.C. § 1915(e)(2)(B). Pursuant to § 1915, if at any time it appears that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant that is immune from such relief, the Court may dismiss a complaint.

Plaintiff filed the instant action against her former employer, Interstate Brands, Inc., alleging race discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq., as well as age discrimination in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621, et

seq.[1]  Plaintiff alleges that she was discriminated against in the terms and conditions of her employment, denied promotions and eventually terminated in violation of the law. Plaintiff additionally asserts that she was subjected to unwelcome harassment during her employment as well as unlawful retaliation.

The Court believes that plaintiff's case survives review at this time. As such, the Court will order the Clerk of Court to issue process on plaintiff's amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue upon the amended complaint as to defendant Interstate Brands, Inc.

Dated this __18th__ day of March, 2008.

    /s/Donald J. Stohr
    DONALD J. STOHR
    UNITED STATES DISTRICT JUDGE

---

[1]The Court ordered plaintiff, on January 29, 2008, to file an amended complaint against defendant and to identify whether she was pursuing claims under the Missouri Human Rights Act ("MHRA"). In her amended complaint, plaintiff indicates only that she is bringing her claims pursuant to Title VII and the ADEA. Accordingly, the Court will assume that plaintiff is not proceeding with any claims under the MHRA.